# Court of Appeals
# of the State of Georgia

ATLANTA,  December 21, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0720. TRACY FLUKER v. POLK MEDICAL CENTER et al.**

Tracy Fluker sued Polk Medical Center, Nurse Sheila Bowman, Nurse Dondar Hill, and three police officers for injuries she allegedly sustained during a traffic stop and subsequent visit to the hospital. The trial court dismissed the action against Polk Medical Center and the nurses. Polk Medical Center and the nurses subsequently filed a motion for OCGA § 9-15-14 (b) attorney fees, which the trial court granted. Fluker has filed a direct appeal from the order awarding OCGA § 9-15-14 (b) attorney fees. We lack jurisdiction.

Generally, appeals from orders awarding attorney fees and litigation expenses under OCGA § 9-15-14 must be made by discretionary application, not direct appeal. See OCGA § 5-6-35 (a) (10). Here, however, some claims remain pending in the trial court. Because no final judgment has been entered, Fluker was required to follow the interlocutory appeal procedure. See OCGA § 5-6-34 (b); *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587 (408 SE2d 103) (1991).

Fluker's failure to follow the interlocutory appeal procedure deprives this Court of jurisdiction to consider this appeal. The appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 12/21/2012
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*